# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139677

WAYNE COTTRILL, Individually and as
Next Friend of JEREMY COTTRILL, and
SALLY COTTRILL,
      Plaintiffs,

and

SALLY COTTRILL as Next Friend of
ANTHONY KELSEY,
      Plaintiff-Appellant,

v

SC: 139677
COA: 285216
Genesee CC: 06-084724-NI

CRAIG KENNETH SENTER,
      Defendant-Appellee,

and

FENTON LANES INC.,
      Defendant.
_____/

On order of the Court, the application for leave to appeal the June 23, 2009 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *McCormick v Carrier* (Docket No. 136738) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2009

_____
Clerk

d1214